**WRIGHT, FINLAY & ZAK, LLP**
Jonathan D. Fink, Esq., SBN 110615
Yelena Cayton, Esq., SBN 258380
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200
jfink@wrightlegal.net; hcayton@wrightlegal.net

Attorneys for Defendant, WESTERN PROGRESSIVE, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT RUBIO,<br><br>                    Plaintiff,<br><br>vs.<br><br>WESTERN PROGRESSIVE, LLC,<br><br>                    Defendants. | Case No.: 3:15-cv-00677-JAH-DHB<br><br>[Assigned to the Hon. John A. Houston]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>**[FRCP Rule 12(b)(6)]**<br><br>Date:  June 8, 2015<br>Time: 2:30p.m.<br>Ctrm:  13B<br><br>*Filed concurrently with Notice of Motion to Dismiss and Motion to Dismiss*<br><br>Complaint filed: February 23, 2015 |

-1-

**REQUEST FOR JUDICIAL NOTICE**

1    **TO THIS HONORABLE COURT, AND TO ALL PARTIES AND**

2    **PLEASE TAKE NOTICE** that Defendant WESTERN PROGRESSIVE, LLC

3    ("Western Progressive") hereby requests, pursuant to Federal Rules of Evidence

4    ("FRE"), Rule 201, that the Court take judicial notice of the following:

5        1.    A Deed of Trust dated March 8, 2007, and recorded on March 28,

6    2007, in the San Diego County Recorder's Office, bearing instrument number

7    2007-0207642, a true and correct copy of which is attached hereto as **Exhibit "1."**

8        2.    An Assignment of Deed of Trust recorded September 22, 2011, in the

9    San Diego County Recorder's Office, bearing instrument number 2011-0492838,

10   a true and correct copy of which is attached hereto as **Exhibit "2."**

11       3.    A Notice of Default and Election to Sell Under Deed of Trust

12   recorded on February 3, 2012, in the San Diego County Recorder's Office, bearing

13   instrument number 2012-0063742, a true and correct copy of which is attached

14   hereto as **Exhibit "3."**

15       4.    A Notice of Trustee's Sale dated December 5, 2014, and recorded on

16   December 12, 2014, in the San Diego County Recorder's Office, bearing

17   instrument number 2014-0547526, a true and correct copy of which is attached

18   hereto as **Exhibit "4."**

19

20   Respectfully submitted,

21   WRIGHT, FINLAY & ZAK, LLP

22

23   Dated:  April 15, 2015        By:   */s/Yelena Cayton*

24                      Yelena Cayton, Esq.

25                      Attorney for Defendant,

26                      WESTERN PROGRESSIVE, LLC

27

28

**REQUEST FOR JUDICIAL NOTICE**

**PROOF OF SERVICE**

I, Erica Gonzalez, declare as follows:

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On April 15, 2015, I served the foregoing document described  **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE SERVICE LIST**

[X]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[ ]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E).  A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 15, 2015, at Newport Beach, California.

Erica Gonzalez

1

1

## SERVICE LIST

2

3
Robert Rubio
4
5504 Roanoke Street
5
San Diego, CA 92139

6
*Pro Per Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28